# United States Court of Appeals

## For the First Circuit

No. 09-2673

JULIO VÁSQUEZ,

Petitioner,

v.

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL,

Respondent.

ERRATA SHEET

The opinion of this Court issued on February 16, 2011, is amended as follows:

On page 16, footnote 9, line 4, replace "relief" with "removal"